B1 (Official Form 1) (4/10)

# United States Bankruptcy Court
## Western District of Virginia

**Voluntary Petition**

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>**Culp, William R** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Culp, Heather G** |
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **9719** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **4323** |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**103 Foxglove Drive**<br>**Winchester, VA**<br>ZIPCODE **22602** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>**103 Foxglove Drive**<br>**Winchester, VA**<br>ZIPCODE **22602** |
| County of Residence or of the Principal Place of Business:<br>**Frederick** | County of Residence or of the Principal Place of Business:<br>**Frederick** |
| Mailing Address of Debtor (if different from street address)<br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIPCODE | |

**Type of Debtor** (Form of Organization) (Check **one** box.)
- [✓] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check **one** box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check **one** box.)
- [ ] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [✓] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box.)
- [✓] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [ ] Debts are primarily business debts.

**Filing Fee** (Check one box)
- [✓] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter)*.

Check all applicable boxes:
- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information** — THIS SPACE IS FOR COURT USE ONLY
- [✓] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors
| [✓] 1-49 | [ ] 50-99 | [ ] 100-199 | [ ] 200-999 | [ ] 1,000-5,000 | [ ] 5,001-10,000 | [ ] 10,001-25,000 | [ ] 25,001-50,000 | [ ] 50,001-100,000 | [ ] Over 100,000 |

Estimated Assets
| [ ] $0 to $50,000 | [ ] $50,001 to $100,000 | [✓] $100,001 to $500,000 | [ ] $500,001 to $1 million | [ ] $1,000,001 to $10 million | [ ] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |

Estimated Liabilities
| [ ] $0 to $50,000 | [ ] $50,001 to $100,000 | [✓] $100,001 to $500,000 | [ ] $500,001 to $1 million | [ ] $1,000,001 to $10 million | [ ] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1 (Official Form 1) (4/10) Page 2

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Culp, William R & Culp, Heather G** | |
|---|---|---|
| **Prior Bankruptcy Case Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
| Location Where Filed: **Fairfax County** | Case Number: **04-14470-RGM** | Date Filed: **02/10/2005** |
| Location Where Filed: **N/A** | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
| Name of Debtor: **None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**

(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code.

X */s/ Deanna Tubandt*      **4/28/10**
Signature of Attorney for Debtor(s)      Date

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☑ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☑ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

**Information Regarding the Debtor - Venue**

(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**

(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord or lessor that obtained judgment)

_____
(Address of landlord or lessor)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1 (Official Form 1) (4/10) Page 3

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Culp, William R & Culp, Heather G** |
|---|---|

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United State Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X */s/ William R Culp*<br>Signature of Debtor          **William R Culp**<br>X */s/ Heather G Culp*<br>Signature of Joint Debtor    **Heather G Culp**<br>**(571) 426-5025**<br>Telephone Number (If not represented by attorney)<br>**April 28, 2010**<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br>(Check only **one** box.)<br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>Signature of Foreign Representative<br><br>_____<br>Printed Name of Foreign Representative<br><br>_____<br>Date |
| **Signature of Attorney\*** | **Signature of Non-Attorney Petition Preparer** |
| X */s/ Deanna Tubandt*<br>Signature of Attorney for Debtor(s)<br><br>**Deanna Tubandt 38130**<br>**Deanna Tubandt, Attorney**<br>**126 Creekside Lane**<br>**Winchester, VA  22602**<br>**(540) 450-3328**<br>**Deanna@Tubandt.com**<br><br><br><br><br>**April 28, 2010**<br>Date<br>\*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)<br><br>_____<br>Address<br><br>_____<br>X _____<br>Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.<br><br>_____<br>Date |
| **Signature of Debtor (Corporation/Partnership)** | |
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X _____<br>Signature of Authorized Individual<br><br>_____<br>Printed Name of Authorized Individual<br><br>_____<br>Title of Authorized Individual<br><br>_____<br>Date | Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:<br><br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.* |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**Western District of Virginia**

**IN RE:**  Case No. _____

**Culp, William R & Culp, Heather G**  Chapter **13**

Debtor(s)

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) hereby verify(ies) that the attached matrix listing creditors is true to the best of my(our) knowledge.

Date: **April 28, 2010**     Signature: */s/ William R Culp*
                                        **William R Culp**                                  Debtor

Date: **April 28, 2010**     Signature: */s/ Heather G Culp*
                                        **Heather G Culp**                             Joint Debtor, if any

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

APEX FINANCIAL MANAGEMENT, LLC
P.O. BOX 2189
NORTHBROOK, IL  60065-2189


CAPITAL ONE AUTO FINANCE
3905 DALLAS PKWY
DALLAS, TX  75093


CAPITAL ONE BANK USA
P.O. BOX 85617
RICHMOND, VA  23285


CAPITAL ONE BANK USA
P.O. BOX 71083
CHARLOTTE, NC  28272-1083


CAPITAL ONE SERVICES,LLC
P.O. BOX 30285
SALT LAKE CITY, UT  84130-0285


CCB CREDIT SERVICES, INC.
P.O. BOX 272
SPRINGFILED, IL  62705-0272


CHASE/ BANK ONE (WAMU)
P.O. BOX 660509
DALLAS, TX  75266


CORTRUST BANK
P.O. BOX 5431
SIOUX FALLS, SD  57117-5431


CREDIT CONTROL, LLC
245 EAST ROSELAWN AVENUE SUITE 25-26
MAPLEWOOD, MN  55117

```
CREDIT ONE BANK
P.O. BOX 98873
LAS VEGAS, NV   89193-8873


CREDIT ONE BANK
P.O. BOX 98873
LAS VEGAS, NV   89193


EQUABLE ASCENT FNCL LLC
1120 W. LAKE COOK ST. SUITE B
BUFFALO GROVE, IL   60089


FINANCIAL RECOVERY SERVICES, INC.
P.O. BOX 385908
MINNEAPOLIS, MN   55438-5908


GEMB/ JC PENNEYS
P.O. BOX 981131
EL PASO, TX   79998-1402


GEMB/ PAYPALL
P.O. BOX 981084
EL PASO, TX   79998


HOME SAVINGS AND TRUST MORTGAGE
3701 PENDER DRIVE SUITE #150
FAIRFAX, VA   22030


HSBC BANK
P.O. BOX 21460
TALSA, OK   74121-1460


HSBC BANK
P.O. BOX 17313
BALTIMORE, MD   21297-1313
```

```
HSBC BANK/ GATEWAY
P.O. BOX 17602
BALTIMORE, MD   21297


HSBC BANK/ ORCHARD BANK
P.O. BOX 80084
SALINAS, CA   93912-0084


HSBC BANK/ ORCHARD BANK
P.O. BOX 8162
SALINAS, CA   93912-1622


JOUHAL S. BALWANT
4110 CHAIN BRIDGE
FAIRFAX, VA   22030


LVNV FUNDING LLC
RESURGENT CAPITAL SERVICES
P.O. BOX 10587
GREENVILLE, SC   29603


LVNV FUNDING LLC
P.O. BOX 10587
GREENVILLE, SC   29603


MORTGAGE ELECTRONIC REGISTRATION SYSTEMS
1818 LIBERTY STREET STE 300
RESTON, VA   20190


NORTHSTAR LOCATION SERVICES, LLC
4285 GENESEE STREET
CHEEKTOWAGA, NY   14225
```

```
PINNACLE FINANCIAL GROUP
DEPT. 673
P.O. BOX 4115
CONCORD, CA  94524


PROFESSIONAL BUREAU OF COLLECTIONS OF
MARYLAND, INC.
P.O. BOX 4157
GREENWOOD VILLAGE, CO  80155-4157


PROFESSIONAL RECOVER SERVICES, INC.
P.O. BOX 1880
VOORHEES, NJ  08043


RECEIVABLES PERFORMANCE MANAGEMENT LLC
20816 44TH AVE. W
LYNNWOOD, WA  98036


SEARS BANK/ CBSD
P.O. BOX 6286
SIOUX FALLS, SD  57117


UNITED RECOVERY SYSTEMS LP
5800 NORTH COURSE DRIVE
HOUSTON, TX  77072


WELLS FARGO AUTO FINANCE
P.O. BOX 29715
PHOENIX, AZ  85038-9715


WELLS FARGO HOME MORTGAGE
P.O. BOX 14411
DES MOINES, IA  50306-3411
```